MANUEL MAYO et al., Respondents, v METROPOLITAN OPERA ASSOCIATION, INC., et al., Appellants. METROPOLITAN OPERA ASSOCIATION, INC., Third-Party Plaintiff-Appellant, v STRAUSS PAINTING, INC., et al., Third-Party Defendants-Respondents, and CREATIVE FINISHES LIMITED, Third-Party Defendant-Appellant.

Submitted December 9, 2013; decided February 20, 2014

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of RITA MORGAN, Respondent. CHARLES ROCHESTER, Appellant; VERONICA PACHECO et al., Respondents.

Submitted January 13, 2014; decided February 20, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that it does not lie (see CPLR 5601). Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (see NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

In the Matter of THOMAS C. O'BRIEN, Appellant, v NEW YORK STATE COMMISSIONER OF EDUCATION et al., Respondents.

Decided February 20, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.